O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 07-157M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| CARLOS HERRERA GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

      (21 U.S.C. §§ 801,/951, et. seq..,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X)   serious risk defendant will flee;

   2. ( )   serious risk defendant will

      a. ( )  obstruct or attempt to obstruct justice;

      b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1              II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5              III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. (x) the weight of evidence against the defendant;

9  C. (x) the history and characteristics of the defendant;

10 D. ( ) the nature and seriousness of the danger to any person or to the community.

11             IV.

12 The Court concludes:

13 A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15 B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16    **Defendant is undocumented.  He has no ties to the community and no bail**

17    **resources.**

18

19 C. ( ) A serious risk exists that defendant will:

20    1. ( )  obstruct or attempt to obstruct justice;

21    2. ( )  threaten, injure or intimidate a witness/ juror; because:

22

23 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24    provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: May 29, 2007

Marc L. Goldman
U.S. Magistrate Judge